SALEM, Q.

v.

PLRB

1930 CD 2016

Commonwealth Court of Pennsylvania.

08/08/2017

Pennsylvania Labor Relations Board, PERA–C–16–233–E

Affirmed

MAHAFFEY, A.

v.

WCAB (3B PAIN MANAGEMENT CTR)

206 CD 2017

Commonwealth Court of Pennsylvania.

08/08/2017

Workers' Compensation Appeal Board, A16–0371

Affirmed

REESE, D.

v.

DOC

84 CD 2017

Commonwealth Court of Pennsylvania.

08/09/2017

Office of Open Records, AP 2016–2001

Affirmed

LECKEY, E.

v.

LIVINGSTON, F., et al.

833 CD 2016

Commonwealth Court of Pennsylvania.

08/10/2017

Allegheny County Civil Division, AR 15–4583

Affirmed

SAUNDERS, L.

v.

OOR (DOC)

1221 CD 2016

Commonwealth Court of Pennsylvania.

08/10/2017

Office of Open Records, AP 2016–0969

Affirmed